# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00392-CV

**Peace Bakery & Deli, Inc., Appellant**

**v.**

**11220 North Lamar Holdings, LLC, Appellee**

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-23-000308, THE HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on September 13, 2023. After this Court granted appellant's motion requesting an extension of time to file its brief, appellant's brief was due October 13, 2023. Appellant did not file its brief on October 13, 2023. On November 28, 2023, this Court informed appellant that if this Court did not receive a motion for extension of time or a brief accompanied by a motion for extension of time on or before Friday, December 8, 2023, its appeal may be dismissed for want of prosecution. To date, the brief has not been tendered for filing and is overdue. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Dismissed for Want of Prosecution

Filed:  March 19, 2024